NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OIP TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellee.*

---

2012-1696

---

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-1233, Judge Edward M. Chen.

---

## ON MOTION

---

## O R D E R

Upon consideration of the parties' joint motion to stay the briefing schedule pending this court's decision in *CLS Bank International v. Alice Corp.*, No. 2011-1301,

OIP TECHNOLOGIES, INC. v. AMAZON.COM, INC.                    2

IT IS ORDERED THAT:

1)   The motion to stay is granted pending this court's final disposition of *CLS Bank International.*  The parties are directed to inform the court within 14 days of the issuance of the mandate in *CLS Bank International* how they believe this appeal should proceed.

2)   All other pending motions are moot.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25